**Electronically Filed
Supreme Court
SCWC-24-0000429
29-JUL-2026
01:29 PM
Dkt. 26 ODSAC**

SCWC-24-0000429

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

M.E.,
Respondent/Plaintiff-Appellee,

vs.

R.S.,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000429; CASE NO. 1DV191006856)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Holma, assigned by reason of vacancy)

Petitioner's application for writ of certiorari, filed

on June 8, 2026, is hereby dismissed as untimely.

DATED: Honolulu, Hawaiʻi, July 29, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Karin L. Holma

